THOMAS H. GREER, Individually and as Executor, etc., Appellant, *v.* ALDEN CHESTER, as Executor, etc., et al., Respondents.

(Argued February 10, 1892; decided March 1, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 28, 1891, which modified, and affirmed as modified, a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*H. W. McClellan* for appellant.

*Robert G. Scherer* for respondents.

Agree to affirm on opinion of LEARNED, J., below.
All concur.
Judgment affirmed. _____